**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Albany Marks LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-0697621** |
| 4. | **Debtor's address** | **Principal place of business**<br>**5314 16th Avenue**<br>**#158**<br>**Brooklyn, NY 11204**<br>Number, Street, City, State & ZIP Code<br>**Kings**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**176 Albany Avenue Brooklyn, NY 11213**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Albany Marks LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**53**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **Albany Marks LLC** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______
Contact name ______
Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Albany Marks LLC** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 8, 2025**
MM / DD / YYYY

**X** **/s/ Henry Ausch**
Signature of authorized representative of debtor

**Henry Ausch**
Printed name

Title **Sole Member, by Yaakov Ausch with Power of Attorney**

**18. Signature of attorney**

**X** **/s/ Joel M. Shafferman**
Signature of attorney for debtor

Date **December 8, 2025**
MM / DD / YYYY

**Joel M. Shafferman**
Printed name

**Kucker Marino Winiarsky & Bittens, LLP**
Firm name

**747 Third Avenue**
**New York, NY 10017**
Number, Street, City, State & ZIP Code

Contact phone **212 869-5030** Email address **jshafferman@kuckermarino.com**

Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Albany Marks LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Associated Contractors Attn: James Wilkinson 1510 North Salina Street Syracuse, NY 13208 | | Services Rendered | | | | $32,500.00 |
| Boruch Okounev c/o Ira Kleiman, Esq. Brief, Carmen & Kleiman 488 Madison Avenue 12thFl New York, NY 10022 | | | Contingent Unliquidated Disputed | | | $0.00 |
| Henry Ausch 1571 57th Street Brooklyn, NY 11219 | | Money Loaned | | | | $1,200,000.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | | | $0.00 |
| Moshe Kugel c/o Ira Kleiman, Esq. Brief, Carmen & Kleiman 488 Madison Avenue 12thFl New York, NY 10022 | | | Contingent Unliquidated Disputed | | | $0.00 |
| NYC Department of Finance 345 Adams Street Brooklyn, NY 11201 | | | | | | $0.00 |
| NYC Environmental Control 66 John Street #10 New York, NY 10038 | | | | | | $0.00 |

Debtor **Albany Marks LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NYC Water Board<br>Richard Costa, Esq.<br>59-17 Junction Blvd<br>13th Floor<br>Elmhurst, NY<br>11373-0510** | | | | | | **$0.00** |
| **NYS Dept of Finance<br>Attn: Bankruptcy<br>Special<br>PO Box 5300<br>Albany, NY 12205** | | | | | | **$0.00** |
| **YAA 4-19 Trust<br>Yaakov Ausch<br>Trustee<br>1336 50th Street<br>Brooklyn, NY 11219** | | **Money Loaned** | | | | **$350,000.00** |
| **Zarin and Steinmetz<br>81 Main Street<br>#415<br>White Plains, NY<br>10601** | | **Legal Fees** | | | | **$21,000.00** |

**United States Bankruptcy Court**
**Eastern District of New York**

In re **Albany Marks LLC** Case No.

Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **December 8, 2025**

**/s/ Henry Ausch**
**Henry Ausch/Sole Member, by Yaakov Ausch with Power of Attorney**
Signer/Title

Date: **December 8, 2025**

**/s/ Joel M. Shafferman**
Signature of Attorney
**Joel M. Shafferman**
**Kucker Marino Winiarsky & Bittens, LLP**
**747 Third Avenue**
**New York, NY 10017**
**212 869-5030 Fax: 212 944-5818**

Associated Contractors
Attn: James Wilkinson
1510 North Salina Street
Syracuse, NY 13208

Boruch Okounev
c/o Ira Kleiman, Esq.
Brief, Carmen & Kleiman
488 Madison Avenue 12thFl
New York, NY 10022

Henry Ausch
1571 57th Street
Brooklyn, NY 11219

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Moshe Kugel
c/o Ira Kleiman, Esq.
Brief, Carmen & Kleiman
488 Madison Avenue 12thFl
New York, NY 10022

NYC Department of Finance
345 Adams Street
Brooklyn, NY 11201

NYC Environmental Control
66 John Street
#10
New York, NY 10038

NYC Law Department
Tax and Bankruptcy Liti U
100 Church Street
New York, NY 10007

NYC Water Board
Richard Costa, Esq.
59-17 Junction Blvd
13th Floor
Elmhurst, NY 11373-0510

NYS Dept of Finance
Attn: Bankruptcy Special
PO Box 5300
Albany, NY 12205

YAA 4-19 Trust
Yaakov Ausch Trustee
1336 50th Street
Brooklyn, NY 11219

Zarin and Steinmetz
81 Main Street
#415
White Plains, NY 10601