# United States Bankruptcy Court
## Eastern District of New York

In re  **Albany Marks LLC**                                    Case No.  **25-45889**
                                    Debtor(s)                  Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Albany Marks LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


December 8, 2025                           /s/ Joel M. Shafferman
Date                                       Joel M. Shafferman
                                           Signature of Attorney or Litigant
                                           Counsel for  **Albany Marks LLC**
                                           Kucker Marino Winiarsky & Bittens, LLP
                                           747 Third Avenue
                                           New York, NY 10017
                                           212 869-5030 Fax:212 944-5818
                                           jshafferman@kuckermarino.com