UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In Re:                                                                               Chapter 11

ALBANY MARKS LLC,                                                     Case No.: 25-45889-jmm

                                               Debtor.
--------------------------------------------------------X

### ORDER EXTENDING TIME FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

UPON THE application of Albany Marks LLC, the debtor and debtor in possession (the "Debtor"), by its proposed attorneys, Kucker Marino Winiarsky & Bittens, LLP, in support of its application for an extension of the Debtor's time to file its Schedules A, B, C, D, G, H, , Summary of Schedules, and Statement of Financial Affairs through and including January 6, 2026; and the Office of the United States Trustee and all creditors, and parties in interest being given notice of this application; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that Debtor be, and it hereby is, granted an extension, through and including January 6, 2026, to file its Schedules A, B, C, D, G, H, Summary of Schedules, and Statement of Financial Affairs.



Dated: January 21, 2026
       Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge